# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. BURNS and SCOTT BURNS<br><br>Plaintiffs,<br><br>vs.<br><br>SUBARU OF AMERICA, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02591-PA-JPRx<br><br>**ORDER REMANDING CASE TO STATE COURT** |

The parties have filed a stipulation whereby Plaintiffs Charles Burns and Scott Burns ("Plaintiffs"), by and through their respective counsel, stipulated to withdraw any and all claims, demands or prayers for civil penalties in this case and, therefore, Plaintiffs and Defendant Subaru of America, Inc. ("Defendant"), (Collectively referred to as the "Parties") stipulated that this matter will be remanded back to state court.

1    As a result, the Court REMANDS the matter to state court.

2    **IT IS SO ORDERED.**

4    Dated:  May 17, 2022           _____
                                     **Percy Anderson**
                                     **United States District Judge**